**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

SATYAM COMPUTER SERVICES LTD. SECURITIES LITIGATION

This document applies to: All Cases.

09 MD 2027 (BSJ)
(Consolidated Action)
ECF Case

**[redacted] ORDER**

**UPON** the Notice of Substitution of Counsel on Consent for Defendant Satyam Computer Services Ltd. (n/k/a Mahindra Satyam) ("Satyam"), executed by prior counsel Warren R. Stern, George T. Conway, III, and Michael Steven Winograd of Wachtell, Lipton, Rosen & Katz ("Wachtell") and counsel Jayant W. Tambe, Geoffrey S. Stewart, David L. Carden, Laura W. Sawyer and Mahesh Venkatakrishnan of Jones Day; upon the supporting Declaration of Jayant W. Tambe; and upon Consent to Substitution of Counsel executed by Jayant W. Tambe, Geoffrey S. Stewart, David L. Carden, Laura W. Sawyer and Mahesh Venkatakrishnan of Jones Day, Warren R. Stern, George T. Conway, III, and Michael Steven Winograd of Wachtell, and Vineet Nayyar of Satyam;

**IT IS ORDERED** that Jones Day be substituted for Wachtell as attorneys of record for Defendant Satyam.

**IT IS FURTHER ORDERED** that the appearance of Jones Day as counsel in this case shall be entered on the Court's docket. A notation of Jayant W. Tambe, Geoffrey S. Stewart, David L. Carden, Laura W. Sawyer and Mahesh Venkatakrishnan of Jones Day, located at 222 E. 41st Street, New York, NY 10016, will be made on the roll of attorneys for the above-captioned case.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/22/10

**IT IS FURTHER ORDERED** that a copy of this Order shall be served upon all counsel of record in this case.

Dated: New York, New York
~~September __, 2009~~
April 21, 2010

Barbara S. Jones

Hon. Barbara S. Jones
United States District Judge