**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE: SATYAM COMPUTER SERVICES LTD. SECURITIES LITIGATION

No. 09-MD-2027-BSJ

**LEAD PLAINTIFFS' NOTICE OF MOTION FOR (I) PRELIMINARY APPROVAL OF SETTLEMENT WITH SATYAM COMPUTER SERVICES LTD., (II) CERTIFICATION OF THE CLASS FOR PURPOSES OF SETTLEMENT AND (III) APPROVAL OF NOTICE TO THE CLASS**

TO: All Counsel of Record

PLEASE TAKE NOTICE that upon the Stipulation and Agreement of Settlement with Defendant Satyam Computer Services Ltd., dated February 16, 2011 and previously filed with the Court on February 16, 2011 (Dkt. No. 252); the accompanying Memorandum of Law; and all other papers and proceedings herein, Lead Plaintiffs will move this Court, under Rule 23 of the Federal Rules of Civil Procedure, at a date, time and location to be set by the Court, for an order: (i) preliminarily approving the settlement of this securities class action as against defendant Satyam Computer Services Ltd.; (ii) certifying the proposed Class and Class Representatives and appointing Class Counsel for purposes of the Settlement; (iii) approving the form and manner of notice to putative Class Members; and (iv) scheduling a hearing on final approval of the Settlement and Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

Attached as Exhibit A hereto is a copy of the proposed Preliminary Approval Order Providing for Notice and Hearing in Connection with Proposed Class Action Settlement with Satyam Computer Services Ltd (with its exhibits).

DATED: February 22, 2011

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

s/ Steven B. Singer
Max W. Berger
Steven B. Singer
Bruce Bernstein
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444

**GRANT & EISENHOFER P.A.**

s/ Keith M. Fleischman
Jay W. Eisenhofer
Keith M. Fleischman
Mary S. Thomas
Deborah A. Elman
485 Lexington Avenue
New York, NY 10017
Tel: (646) 722-8500
Fax: (646) 722-8501

**BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP**

s/ David Kessler
David Kessler
Sharan Nirmul
Christopher L. Nelson
Neena Verma
Joshua E. D'Ancona
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

**LABATON SUCHAROW LLP**

s/ Joel H. Bernstein
Joel H. Bernstein
Louis Gottlieb
Michael H. Rogers
Felicia Mann
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477

*Court-appointed Lead Counsel for Plaintiffs*