USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 10 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

SATYAM COMPUTER SERVICES LTD. SECURITIES LITIGATION

This Document Applies to: All Cases

09 MD 2027 (JPO)
(Consolidated Action)

ECF Case

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Lead Plaintiffs Public Employees' Retirement System of Mississippi, Mineworkers' Pension Scheme, SKAGEN AS, and Sampension KP Livsforsikring A/S and Named Plaintiffs International Brotherhood of Electrical Workers Local Union #237 and Brian Adams (collectively, "Plaintiffs") hereby voluntarily dismiss this action without prejudice as to Defendants Byrraju Ramalinga Raju, Byrraju Rama Raju and Vadlamani Srinivas only.

Dated: July 2, 2013

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP**

By: */s Steven B. Singer*
Max W. Berger
Steven B. Singer

1285 Avenue of the Americas
New York, New York 10019
Tel: (212) 554-1400
Fax: (212) 554-1444

*Co-Lead Counsel for Plaintiffs*

**KESSLER TOPAZ MELTZER & CHECK LLP**

By: */s David Kessler*
David Kessler
Darren J. Cheek
Sharan Nirmul

280 King of Prussia Road
Radnor, Pennsylvania 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

*Co-Lead Counsel for Plaintiffs*

**GRANT & EISENHOFER P.A.**

By: */s Mary S. Thomas*
Jay W. Eisenhofer
Mary S. Thomas
Deborah A. Elman

485 Lexington Avenue, 29th Floor
New York, New York 10017
Tel: (646) 722-8500
Fax: (646) 722-8501

*Co-Lead Counsel for Plaintiffs*

**LABATON SUCHAROW LLP**

By: */s Louis Gottlieb*
Joel H. Bernstein
Louis Gottlieb
Barry Michael Okun

140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477

*Co-Lead Counsel for Plaintiffs*

**SO ORDERED:**

J. PAUL OETKEN
U.S.D.J.

7/9/13